UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br>　　　　　Petitioner,<br>　v.<br>DEBBIE ASUNCION,<br>　　　　　Respondent. | Case No. 17-cv-06821-JD<br><br>**ORDER OF DISMISSAL** |

This is a habeas petition filed pro se by a state prisoner. In the initial review order on June 21, 2018, the Court found that petitioner had not clearly identified what claims he sought to present and it appeared that the claims were unexhausted. The petition was dismissed with leave to amend to address these issues. The twenty-eight days to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court.

This petition is **DISMISSED** for the reasons set forth in the prior order. Because reasonable jurists would not find the result here debatable, a certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for certificate of appealability). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 8, 2018

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>    Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION,<br><br>    Defendant. | Case No. 17-cv-06821-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Bennett ID: V-90090
Substance Abuse Treatment Facility & State Prison, Corcoran
P.O. Box 5244
Corcoran, CA 93212

Dated: August 8, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: /s/ Lisa R. Clark
                                          LISA R. CLARK, Deputy Clerk to the
                                          Honorable JAMES DONATO